HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:20-po-00225-AC |
|---|---|---|
| Plaintiff, | )<br>)<br>) | STIPULATION AND [PROPOSED] ORDER TO VACATE BENCH TRIAL AND SET CHANGE OF PLEA AND SENTENCING HEARING |
| v. | ) | |
| KEVIN H. KAWAZOE, | )<br>) | DATE:   March 8, 2021 |
| Defendant. | )<br>) | TIME:    9:00 a.m.<br>JUDGE:  Hon. Allison Claire |

**STIPULATION**

The defendant, KEVIN H. KAWAZOE, by and through its counsel of record, and the United States of America, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on March 8, 2021 at 9:00 a.m.

2. By this stipulation, the parties now jointly move to vacate the bench trial and set a change of plea and sentencing hearing on March 8, 2021 at 9:00 a.m.

IT IS SO STIPULATED.

///

///

///

DATED:      February 23, 2021

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Allison
LINDA C. ALLISON
Assistant Federal Defender
Counsel for Defendant


/s/ Alstyn Bennett
ALSTYN BENNETT
Special Assistant U.S. Attorney


**[PROPOSED] FINDINGS AND ORDER**

IT IS SO ORDERED, that the bench trial is vacated as set forth above, and a change of plea and sentencing hearing is set for March 8, 2021 at 9:00 a.m.

FOUND AND ORDERED this 23rd day of February, 2021.

*[signature]*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE